UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-10298-RWZ |
| | ) | |
| BIANCA BLANCHARD | ) | |

**DEFENDANT'S NOTICE OF APPEAL**

Now comes the defendant in the above-named case and respectfully notes her appeal to the United States Court of Appeals for the First Circuit from the judgment and sentence entered by the District Court on January 10, 2022.

Respectfully submitted,
By her attorney,

/s/ Robert Sheketoff
Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(617)-367-3449

**CERTIFICATE OF SERVICE**

I hereby certify that I am counsel for the defendant and have caused a copy of this pleading to be served electronically through the ECF system to all parties herein this 24th day of January, 2022.

/s/ Robert Sheketoff
Robert Sheketoff